**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL NICHOLAS REID BRUCE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 1:25-cv-00442-KD-C** |
| **NORFOLK SOUTHERN CORP., and NORFOLK SOUTHERN RAILWAY COMPANY,** | ) | |
| **Defendants.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and a de novo determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 27, 2026 is **ADOPTED** with the correction of the following typographical error: On page 8, the second sentence of the third paragraph should read: "Defendants claim **paid leave** is not and was never intended to be a right or benefit under USERRA."

**DONE** this 23rd day of September 2026.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**